JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHUK-LI TAM EBIHARA,<br><br>Petitioner,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Respondent. | Case No. CV 22-7299-DMG (Ex)<br><br>**ORDER DISMISSING CASE [15]** |

Based upon the parties' Joint Stipulation to Dismiss the Case, and finding good cause therefor,

IT IS HEREBY ORDERED that the above-captioned action is DISMISSED in its entirety. Each party shall bear his, her or its own costs, expenses, and attorneys' fees.

DATED: April 24, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE